# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARREL TAVARES, | |
|     Plaintiff, | CIVIL ACTION NO. 3:CV-13-1654 |
|     v. | (JUDGE CAPUTO) |
| UNITED STATES OF AMERICA, | (MAGISTRATE JUDGE CARLSON) |
|     Defendant. | |

## ORDER

**NOW**, this 2nd day of September, 2014, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Carlson's Report and Recommendation (Doc. 18) is **ADOPTED**.

(2) Plaintiff Darrel Tavares' Motion to Enforce Terms of Settlement Agreement (Doc. 15) is **DENIED**.

                                                      /s/ A. Richard Caputo  
                                                    A. Richard Caputo  
                                                    United States District Judge